# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00200-CR
### NO. 03-10-00201-CR

**Rickey Dale Peevy, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICTS
NOS. 63397 & 65363, HONORABLE JOE CARROLL, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Rickey Dale Peevy seeks to appeal judgments of conviction for burglary of a building and aggravated sexual assault. The trial court has certified that: (1) each case is a plea bargain case in which Peevy has no right of appeal, and (2) Peevy waived his right of appeal in each case. These appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  May 19, 2010

Do Not Publish